**Slip Op. 13-28**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **LEGACY CLASSIC FURNITURE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | **Before: Gregory W. Carman, Judge**<br><br>**Court No. 10-00352** |

### JUDGMENT

Upon consideration of the Department of Commerce's Final Results of Second Redetermination Pursuant to Court Order dated 19 September 2012 (ECF No. 63), upon comments in which all parties concur with affirmance of that remand determination (ECF Nos. 64 and 65 ), upon all other pertinent papers, and pursuant to USCIT Rule 54, it is hereby

**ORDERED** that judgment is entered sustaining the Final Results of Second Redetermination Pursuant to Court Order; and it is further

**ORDERED** that this case is dismissed.

　/s/ Gregory W. Carman　
Gregory W. Carman, Judge

Dated:　　March 6, 2013
　　　　　New York, NY